In the Matter of the Application of GEORGE H. ASH-
MAN, JR., as Executor of GEORGE H. ASHMAN, Deceased,
Appellant, for an Order Canceling and Discharging a
Mortgage of Record.

SCHENECTADY BUILDING LOAN AND SAVINGS ASSOCIATION,
Respondent.

Argued March 5, 1937; decided March 23, 1937.

*Joseph S. Robinson, Everett Frooks* and *Dorothy Frooks* for appellant.

*Alvin F. Nitchman* for respondent.

Order affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.